UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS § | |
| § | CIVIL ACTION NO. 5:20-cv-00200 |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| LEYENDECKER OIL. INC. § | |
| **Defendant** § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, JOSH LIMAS Plaintiff and LEYENDECKER OIL. INC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   July 16, 2021   FOR JOSH LIMAS, Plaintiff

   BY:   _/s/  R. Bruce Tharpe_____
   R. Bruce Tharpe
   PO Box 101
   Olmito, Texas 78575
   (956) 255-5111 - Office
   (866) 599-2596 - Fax
   Texas State Bar ID No. 19823800
   Federal Bar ID 13098

DATED:	July 16, 2021	FOR LEYENDECKER OIL. INC.

BY: **_/s/ Alison White Haynes_**
Alison White Haynes
TREVINO HAYNES PLLC
3910 E. Del Mar Blvd., Suite 107
Laredo, Texas 78045
(956) 722-1417 – Office
(956) 722-0647 - Fax